**Jose MORENO–ALVAREZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–73642.

United States Court of Appeals, Ninth Circuit.

Feb. 8, 2011.

David Neumeister, Judith Seeds Miller, Law Office of David Neumeister, Bakersfield, CA, for Petitioner.

Jesse Lloyd Busen, OIL, Emily Anne Radford, Katharine Clark, Esquire, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, SILVERMAN, and CALLAHAN, Circuit Judges.

ORDER

The panel amends the memorandum disposition filed on May 4, 2010 as follows: delete the concluding sentence that reads, "Accordingly the petition for review is hereby GRANTED" and insert the following, "Accordingly the petition for review is hereby GRANTED and the case is RE-MANDED for any further proceedings consistent with this disposition."

With that change, Judges Fernandez and Callahan vote to deny the Petition for Panel Pehearing and Judge Silverman votes to grant the petition. The Petition

___

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

for Panel Rehearing is DENIED. No further petitions will be entertained.